```
           UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**JOSARA BISHOP,**

      **Plaintiff,**

**v.**                              **Civil Action No. 2:18-cv-0892**

**DITECH FINANCIAL LLC,**

      **Defendant.**

<u>**ORDER**</u>

**The court has received the suggestion of defendant's bankruptcy, filed by the plaintiff on February 18, 2019.**

**In accordance with 11 U.S.C. § 362, it is ORDERED that this civil action be, and hereby is, stayed pending a lifting order from the bankruptcy court or any other event that concludes the stay. It is further ORDERED that the parties provide immediate notice of any event that may warrant the conclusion of the stay.**

**This action is retired to the inactive docket of the court until further order of the court, and the Clerk is so directed.**

The Clerk is requested to transmit this order to all counsel of record and to any unrepresented parties.

ENTER: April 18, 2019

*[signature]*
John T. Copenhaver, Jr.
Senior United States District Judge